

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-18-2009

# In Re: Cazzie L. Williams

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-2754

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"In Re: Cazzie L. Williams " (2009). *2009 Decisions.* Paper 804.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/804

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-2754
_____

IN RE: CAZZIE L. WILLIAMS,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 08-cv-01242)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
July 31, 2009
Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges
(Opinion filed: August 18, 2009)
_____

OPINION
_____

PER CURIAM.

        Pro se petitioner Cazzie L. Williams seeks a writ of mandamus to compel

the United States District Court for the District of New Jersey to rule upon his motion to

vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

        Williams filed his § 2255 motion on March 12, 2008.  The government filed

its answer on July 4, 2008, and Williams filed his rebuttal on July 15, 2008.  On May 22,

1

2009, when fourteen months had gone by without any action in his case, Williams filed the present petition for writ of mandamus seeking to compel the District Court to rule on his § 2255 motion.

By order entered on July 22, 2009, the District Court denied Williams's § 2255 motion. Because Williams has now received the relief he sought in filing his mandamus petition — namely, a ruling on his § 2255 motion — we will deny his mandamus petition as moot.